**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-7526**

---

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

TIMOTHY ADAMS, a/k/a Smitt, a/k/a Rodney Clark,

                    Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.   N. Carlton Tilley, Jr., Senior District Judge.   (6:94-cr-00302-NCT-3)

---

Submitted: February 9, 2012          Decided: February 14, 2012

---

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Timothy Adams, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Adams seeks to appeal the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Adams</u>, No. 6:94-cr-00302-NCT-3 (M.D.N.C. July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2